AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Rubio De Jesus Antonio-Perez<br><br>Defendant(s) | )<br>)<br>) Case No.  5:25-mj-140 (TWD)<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of May 7, 2025 in the county of Onondaga in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 8, U.S.C., § 1326 | Re-Entry of Deported Alien. |

This criminal complaint is based on these facts:

☒   Continued on the attached sheet.

_____
Complainant's signature

Randy Aponte, Border Patrol Agent
_____
Printed name and title

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:  May 8, 2025        _____
Judge's signature

City and State:   Syracuse, New York        Hon. Thérèse Wiley Dancks, U.S. Magistrate Judge
_____
Printed name and title

1. On May 6, 2025, agents from the Oswego County Border Patrol Station received a tip that several illegal aliens were present at a location in Baldwinsville, New York.

2. On May 7, 2025, Border Patrol Agents went to the location in Baldwinsville to conduct surveillance. A short time later, a yellow van departed the location. Agents ran the license plate and learned that the van was registered to an individual named Rubio De Jesus ANTONIO-PEREZ.

3. Agents conducted records checks and confirmed that, on or about May 25, 2005, ANTONIO-PEREZ was found to be in the United States illegally and ordered deported from the United States back to his home county of Guatemala. On or about June 10, 2005, ANTONIO-PEREZ was actually deported via flight out of Harlingen, Texas.

4. Border Patrol agents then approached ANTONIO-PEREZ at a store in the Northern District of New York. ANTONIO-PEREZ stated that he was from Guatemala and had no permission to be in the United States.

5. At the Oswego Station, records checks revealed that ANTONIO-PEREZ was a Guatemalan citizen with no legal right to be in the United States.

6. ANTONIO-PEREZ has never applied for or received permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States since his removal on or about June 10, 2005.